*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  December 4, 2014                    519140
_____

In the Matter of DAVID RAMOS,
                    Petitioner,

        v
                                              MEMORANDUM AND JUDGMENT

DEPARTMENT OF CORRECTIONS AND
    COMMUNITY SUPERVISION
    et al.,
                    Respondents.
_____

Calendar Date:  October 21, 2014

Before:  Peters, P.J., Stein, Rose, Egan Jr. and Devine, JJ.

_____

        David Ramos, Auburn, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H.
Schiff of counsel), for respondents.

_____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of respondent Superintendent of Eastern
Correctional Facility which found petitioner guilty of violating
certain prison disciplinary rules.

        Petitioner commenced this proceeding to challenge a prison
disciplinary determination finding him guilty of making a false
statement, being out of place and a movement regulation
violation.  The Attorney General has informed this Court that the
determination at issue has been administratively reversed, all
references thereto expunged from petitioner's institutional
record and the mandatory surcharge refunded to his inmate
account.  As petitioner has received all the relief to which he
is entitled, the petition is dismissed as moot (see Matter of

<u>Scott v Fischer</u>, 119 AD3d 1307 [2014]).

Peters, P.J., Stein, Rose, Egan Jr. and Devine, JJ., concur.



ADJUDGED that the petition is dismissed, as moot, without costs.


ENTER:

Robert D. Mayberger
Clerk of the Court